FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00216-CV

**2008 LEXUS GX470**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2021W0676
Honorable Andrew Carruthers, Judge Presiding

## O R D E R

The brief of appellant Sean Foxx was originally due on May 26, 2022. To date, appellant has not filed a brief. Appellant is therefore **ORDERED** to file, **within fifteen days** of the date of this order, his brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellees are not significantly injured by appellant's failure to timely file a brief. If appellant fails to timely file a brief and the written response, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court